FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 08 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **United States of America**<br><br>*v.*<br><br>**Xiao-Jiang Li** | Criminal Information<br><br>No. 1:20-CR-164 |

The United States Attorney charges that:

### Making and Subscribing a False Tax Return
### (26 U.S.C. § 7206(1))

On or about April 13, 2016, in the Northern District of Georgia, the defendant, XIAO-JIANG LI, did willfully make and subscribe a U.S. Individual Income Tax Return, IRS Form 1040, for the calendar year of 2015, which was verified by a written declaration that it was made under the penalties of perjury and which was filed with the Internal Revenue Service, and which LI did not believe to be true and correct as to every material matter, in that the said income tax return reported total income on Line 22 in the amount of $352,244, whereas LI then and there knew and believed that his total income was in excess of the amount reported, in violation of Title 26, United States Code, Section 7206(1).

BYUNG J. PAK
 *United States Attorney*

*Samir Kaushal*
_____
SAMIR KAUSHAL
 *Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181