FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 0 8 2020

JAMES N HATTEN Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| *v.* | Criminal Action No. |
| XIAO-JIANG LI | 1:20-CR-164 |

I, Xiao-Jiang Li, the above named defendant, who is accused of Making and Subscribing a False Tax Return being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 8, 2020, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Xiao-Jiang Li
Defendant

_____
Peter Zeidenberg
Counsel for Defendant

_____
Jim Wimberly
Local Counsel for Defendant

Before _____
Judicial Officer