**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Filed in Open Court:   Date: 5/8/20       Tape: By Zoom at 10:00       Time in Court: 14 mins

Magistrate (presiding): **Catherine M. Salinas**        Deputy Clerk  Angela Smith
Case Number: 1:20-CR-164         Defendant's Name: Xiao-Jiang LI

AUSA: Samir Kaushal          Defendant's Attorney:    Peter Zeidenberg, Jim Wimberly

USPO/PTR: _____         Type Counsel: ( X ) Retained   ( ) CJA   ( ) FPD   ( ) Waived

____ ARREST DATE: _____
____ INTERPRETER _____
__X__ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT       Dft. In Custody? ( ) Yes   ( ) No
____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.
____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)
____ Dft. to pay attorney fees as follows: _____
__X__ INFORMATION/COMPLAINT filed.  __X__ WAIVER ON INDICTMENT filed.
__X__ Copy indictment/information given to dft? ( X ) Yes  ( ) No    Read to dft? ( ) Yes  ( X ) No.
____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
__X__ ARRAIGNMENT HELD. ( ) superseding indictment/information.
____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.  ( ) Dft.
____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
__X__ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
____ MOTION TO CHANGE PLEA, and order allowing same.
____ PLEA OF GUILTY/NOLO as to counts _____
____ Petition to enter plea of GUILTY/NOLO filed.
____ NEGOTIATED PLEA between Government and defendant filed.
__X__ ASSIGNED TO JUDGE   Totenberg   for: ( X ) trial ( ) arraignment/sentence.
____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
____ Estimated trial time: ____ days  ( ) SHORT   ( ) MEDIUM   ( ) LONG
____ CONSENT TO PRESENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until
        _____ at _____ for sentencing.

____ See other side.