U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 08 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 1:20-CR-164

I, Xiao-Jiang Li, defendant, having received a copy of the Criminal Information and having been arraigned, plead **Not Guilty** to the sole count of the Criminal Information.

In Open Court this 8th day of May, 2020.

_____
SIGNATURE (Defense Attorney)
Peter Zeidenberg

_____
SIGNATURE (Defense Attorney)
Jim Wimberly

_____
SIGNATURE (Defendant)
Xiao-Jiang Li

### INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 202-857-6139
Bar Number: 440803

404-365-5609
769800

Phone: (404) 683-1013

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12