# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00164-AT
## USA v. Li
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 05/06/2020.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:20 P.M.           COURT REPORTER: Shannon Welch
TIME IN COURT: 00:20                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Xiao-Jiang Li NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Peter Zeidenberg representing Xiao-Jiang Li |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference regarding plea and sentencing via VTC. |
| HEARING STATUS: | Hearing Concluded |