# EXHIBIT B

# 中国科学院遗传与发育生物学研究所

2019-1-21

To Whom It May Concern:

I am the director of human resources at Institute of Genetics and Developmental Biology, Chinese Academy of Sciences. Professor Xiao-Jiang Li was working on transgenic large animal models at our institute from January 1, 2012 to December 31, 2016. Between January 1, 2012 and February 28, 2015 received daily compensation at 80,000 CNY per 22 working days before tax (26.02%). Professor Li received his compensation 553,679 CNY after tax from March 1, 2015 to December 31, 2015 and 569,070 CNY after tax from January 1, 2016 to December 31, 2016. His working time did not include his vacation in China. Since Professor Xiao-Jiang Li has left the institute more than two years ago, we do not have other detailed financial information for his compensation.

Jing Wang

Director, Human Resources
Institute of Genetics and Developmental Biology
Chinese Academy of Sciences
No. 1, West Beichen Road, Chaoyang District, Beijing, 100101 China
Tel: 010-64806521
Email: jwang@genetics.ac.cn