# EXHIBIT C

# 暨南大学人力资源开发与管理处

January 22, 2019

To whom it may concern:

This is to certify that Professor Xiao-Jiang Li received daily compensation during his establishing transgenic large animal facility at Jinan University since January 1, 2017. We have carefully checked our financial records and found that Professor Xiao-Jiang Li received 203287.67 CNY in 2017 and 170684.93 CNY in 2018 at Jinan University. His compensation is based on his working days (106 days in 2017 and 89 days in 2018) at Jinan University excluding his times not related to the work at Jinan University. The amounts of compensation he received are after tax deduction.

Professor Xiao-Jiang Li stopped working at Jinan University since November 1, 2018 and has not received any compensation at Jinan University since then.

Bing Wang, Ph.D.

Bing Wang, Ph.D.
Director
Human Resources and Research Management Division
Jinan University
No. 601, Huangpu Road West, Guangzhou, China 510632
Email: 13533691199@126.com
Phone:(8620)85220173