# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00164-AT
## USA v. Li
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 05/08/2020.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 12:30 P.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 1:25                  DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Xiao-Jiang Li Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA |
| | James Wimberly representing Xiao-Jiang Li |
| | Peter Zeidenberg representing Xiao-Jiang Li |
| | ** Michael Dearington for Defendant |
| PROCEEDING CATEGORY: | Plea and Sentence; |
| MINUTE TEXT: | Defendant sworn and entered a voluntary plea of guilty to the Criminal Information and was sentenced. See J&C for sentence. |
| HEARING STATUS: | Hearing Concluded |