IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:20-CR-0164-AT-1 |
| XIAO-JIANG LI, | : | |
| Defendant. | : | |

## **ORDER**

Defendant Li was sentenced before this Court on May 8, 2020. Accordingly, the United States Probation Office is **ORDERED** to return to Dr. Li his passport and the Deed to his residence.

It is **SO ORDERED** this 8th day of May, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**