## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIAO-JIANG LI | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 1:20-CR-0164-AT-1<br>USM Number: 72894-019<br><br>Peter Zeidenberg<br>Defendant's Attorney |

**THE DEFENDANT:**

The defendant pleaded guilty to count 1 of the Criminal Information.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7206(1) | Making and Subscribing a False Tax Return | April 13, 2016 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

May 8, 2020
Date of Imposition of Judgment

*/s/ Amy Totenberg*
Signature of Judge

AMY TOTENBERG, U. S. DISTRICT JUDGE
Name and Title of Judge

May 11, 2020
Date

- Amended to include Mandatory Conditions 7 and 8 on Page 3, that were adopted at the May 8, 2020, sentencing hearing but were inadvertently omitted from the May 8, 2020, Judgment and Commitment.

DEFENDANT: XIAO-JIANG LI  
CASE NUMBER: 1:20-CR-0164-AT-1  Judgment -- Page **2** of **5**

Judgment in a Criminal Case  
Sheet 4 -- Probation

# PROBATION

You are hereby sentenced to probation for a term of: **ONE (1) YEAR.**

- Due to Dr. Li's employment and medical needs, he will be allowed to travel to and reside in China during the one-year probationary period.
- Dr. Li must report the dates of travel in China and anticipated city of residence to his supervising probation officer, prior to his travel. When Dr. Li secures housing, he shall provide the address of such housing to the Probation Officer. If. Dr, Li returns to the United States, he shall advise the probation officer prior to travel and identify his anticipated location and address of residence.
- During the probationary period, the need for reporting or alternatively, reporting method and frequency of reporting shall be determined by Dr. Li's supervising probation officer.
- The probation officer is **not** authorized to contact the Dr. Li's employer(s) directly regarding his employment or wages. Instead, the Dr. Li may provide a report to his supervising probation officer regarding his employment and provide pay records or other suitable evidence reflecting his income earned.

DEFENDANT:   XIAO-JIANG LI
CASE NUMBER:   1:20-CR-0164-AT-1

Judgment -- Page **3** of **5**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. If testing has not already been completed, pursuant to 42 U.S.C. §14135a(d)(1) and 10 U.S.C. §1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, you shall cooperate in the collection of DNA as directed by the probation officer.
4. You shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device as those terms are defined in 18 U.S.C. § 921 (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
5. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(l)), other electronic communications or data storage devices or media, or office to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release.  You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  However, an officer may only conduct a search pursuant to this condition when reasonable suspicion exists that you have violated a condition of your supervision and that areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.
6. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.  Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.
7. You must file lawful income tax return for the year(s) 2012 through 2018 within the first two months of the probationary period.
8. You must fully cooperate with the Examination Division, Internal Revenue Service, in making a complete and accurate determination of all taxes, penalties, and interst that you owe.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.  Drug testing is WAIVED.

DEFENDANT:  XIAO-JIANG LI  
CASE NUMBER: 1:20-CR-0164-AT-1            Judgment -- Page **4** of **5**

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district your current residence, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the probation officer about how, and when you must report to the probation officer, subject to the terms of this Judgment, and you must report to the probation officer as instructed.
3. You must not knowingly to leave the federal judicial district where you are authorized to reside without first advising the Probation Officer of your travel plans . Specifically, you are required before traveling to China to advise the probation officer of your specific travel plans and anticipated city of residence in China, consistent with the terms of this Judgment. You ARE authorized to travel to and reside in China, pursuant to the provisions of this Judgment, once you provide the requisite information to the Probation Officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
6. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
7. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
8. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
9. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at:  www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature _____ Date _____

USPO's Signature _____ Date _____

DEFENDANT:   XIAO-JIANG LI  
CASE NUMBER: 1:20-CR-0164-AT-1                                                                 Judgment -- Page **5** of **5**

# CRIMINAL MONETARY PENALTIES

<u>Special Assessment</u>

TOTAL      $100.00

<u>Fine</u>

TOTAL      The Court waives a fine in this action.

<u>Restitution</u>

| Name of Payee | Total Loss***** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| IRS-RACS<br>Attn: Restitution<br>Mail Stop 6262<br>333 W. Pershing Avenue<br>Kansas City, MO 64108 | $35,089.00 | $35,089.00 | |
| TOTALS | <u>$35,089.00</u> | <u>$35,089.00</u> | |

The **$35,089.00** restitution payment is to be applied, in the amounts listed with the corresponding tax year, pursuant to the Restitution Payment Schedule below:

UNITED STATES v. XIAO-JIANG LI, 1:20-CR-164-AT  
RESTITUTION PAYMENT SCHEDULE

| Name | SSN | Tax Year | Amount |
|---|---|---|---|
| Xiao-Jiang Li | XXX-XX-5357 | 2012 | $4,369.00 |
| Xiao-Jiang Li | XXX-XX-5357 | 2013 | $4,503.23 |
| Xiao-Jiang Li | XXX-XX-5357 | 2014 | $4,460.06 |
| Xiao-Jiang Li | XXX-XX-5357 | 2015 | $8,921.20 |
| Xiao-Jiang Li | XXX-XX-5357 | 2016 | $7,723.33 |
| Xiao-Jiang Li | XXX-XX-5357 | 2017 | $2,778.99 |
| Xiao-Jiang Li | XXX-XX-5357 | 2018 | $2,333.19 |