IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>XIAO-JIANG LI,<br>    Defendant, | CRIMINAL ACTION NO:<br>1:20-CR-164-01-AT |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney, Tiffany Mallory Moore, herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as attorney of record for the Plaintiff, United States of America.

Respectfully submitted,

KURT R. ERSKINE
ACTING UNITED STATES ATTORNEY

*/s/Tiffany Mallory Moore*
TIFFANY MALLORY MOORE
ASSISTANT UNITED STATES ATTORNEY
Northern District of Georgia
Georgia Bar No.: 744522
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
404-581-6350
Tiffany.Moore2@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Notice of Entry of Appearance, with the United States District Court Clerk using the CM/ECF system, which will automatically send email notification to the attorneys of record:

    James W. Wimberly, Jr.   jww@wimlaw.com

    Michael F. Dearington   Michael.dearington@arentfox.com

    Peter R. Zeidenberg    Not Referenced

This the 22nd day of July, 2021.

                        */s/ Tiffany Mallory Moore*
                        TIFFANY MALLORY MOORE
                        ASSISTANT UNITED STATES ATTORNEY
                        Tiffany.Moore2@usdoj.gov