IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | NO: 1:20-CR-164-01-AT |
| XIAO-JIANG LI, | |
| Defendant, | |

**SATISFACTION OF MONETARY
PORTION OF JUDGMENT**

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

Respectfully submitted,

KURT R. ERSKINE
ACTING UNITED STATES ATTORNEY

/s/Tiffany Mallory Moore
TIFFANY MALLORY MOORE
Assistant United States Attorney
Georgia Bar No. 744522
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Ph.: 404-581-6350
Fax: 404-581-6167
tiffany.moore2@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Satisfaction of Monetary Portion of Judgment with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

>Xiao-Jiang Li
>c/o  James W. Wimberly , Jr.
>Wimberly Lawson Steckel Schneider & Stine, PC
>3400 Peachtree Road, N.E.
>Suite 400, Lenox Towers
>Atlanta, GA 30326-1107
>Email: jww@wimlaw.com
>
>c/o Michael F. Dearington
>Arent Fox LLP -DC
>1717 K. Street, N.W.
>Washington, DC 20006-5344
>Email: michael.dearington@arentfox.com
>
>c/o Peter R. Zeidenberg
>Arent Fox LLP -DC
>1717 K. Street, N.W.
>Washington, DC 20006-5344

This 22nd day of July, 2021

/s/Tiffany Mallory Moore
TIFFANY MALLORY MOORE
Assistant United States Attorney
Georgia Bar No. 744522
tiffany.moore2@usdoj.gov